Printed: 06/21/10 02:41 PM                    **Claims Distribution Small Checks**                    Page: 1

Case: 08-31393 - POND, RAY E, SR.

Trustee: William J. Leberman (520180)

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| 920024516196 | 10114 | 06/21/10 | | Payee: | | U.S. Bankruptcy Court | | | Check Amount: | $6.05 |
| | | | 3 | 07/18/08 | 610 | LVNV Funding LLC a/s/a Citibank Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | 2,242.13 | 2,215.80 | 141.59 | 0.17 |
| | | | 4 | 07/18/08 | 610 | LVNV Funding LLC a/s/a Citibank Resurgent Capital Services P.O. Box 10587 Greenville, SC 29603-0587 | 745.72 | 736.96 | 47.09 | 0.05 |
| | | | 5 | 07/24/08 | 610 | LVNV Funding LLC a/s/a Citibank Resurgent Capital Services P.O. Box 10587 Greenville, SC 29603-0587 | 6,109.96 | 6,038.22 | 385.84 | 0.46 |
| | | | 6 | 07/24/08 | 610 | LVNV Funding LLC a/s/a Citibank Resurgent Capital Services P.O. Box 10587 Greenville, SC 29603-0587 | 2,701.23 | 2,669.51 | 170.58 | 0.20 |
| | | | 7 | 07/24/08 | 610 | LVNV Funding LLC a/s/a Citibank Resurgent Capital Services P.O. Box 10587 Greenville, SC 29603-0587 | 17,838.54 | 17,629.08 | 1,126.48 | 1.34 |
| | | | 9 | 09/02/08 | 610 | eCAST Settlement Corporation as assignee of Chase Bank USA, Inc. POB 35480 Newark, NJ 07193-5480 | 1,315.77 | 1,300.32 | 83.09 | 0.10 |
| | | | 10 | 09/02/08 | 610 | eCAST Settlement Corporation as assignee of Chase Bank USA, N.A. POB 35480 Newark, NJ 07193-5480 | 8,483.10 | 8,383.50 | 535.70 | 0.64 |
| | | | | 09/04/08 | 610 | eCAST Settlement Corporation as agent of FIA Card Services P.O. Box 35480 Newark, NJ 7193 | 6,045.99 | 5,975.00 | 381.80 | 0.46 |

FILED
JUN 22 2010
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

RECEIVED
JUN 24 2010
OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

(*) Denotes objection to Amount Filed

Printed: 06/21/10 02:41 PM                                                                                      Page: 2

## Claims Distribution Small Checks

### Trustee: William J. Leberman (520180)

Case:  08-31393 - POND, RAY E, SR.

| Account No. | Check No. | Issued | Claim No. | Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 12 | 09/04/08 | 610 | eCAST Settlement Corporation<br>P.O. Box 35480<br>Newark, NJ 07193-5480 | 7,206.26 | 7,121.64 | 455.06 | 0.53 |
| | | | 14 | 09/11/08 | 610 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | 3,397.39 | 3,357.50 | 214.54 | 0.25 |
| | | | 15 | 10/22/08 | 610 | Beacon Federal<br>P.O. Box 186<br>East Syracuse, NY 13057-0186 | 17,429.33 | 17,224.67 | 1,100.64 | 1.31 |
| | | | 18 | 08/17/09 | 610 | Discover Bank/DFS Services LLC<br>PO Box 3025<br>New Albany, OH 43054-3025 | 5,398.75 | 5,398.75 | 344.97 | 0.41 |
| | | | 19 | 08/21/09 | 610 | Solvay Bank<br>1537 Milton Ave<br>Solvay, NY 13209-1670 | 1,842.64 | 1,842.64 | 117.74 | 0.14 |

(*) Denotes objection to Amount Filed